IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KYUNG BO KIM and YOUNG SUN KIM on behalf of themselves and others similarly situated,<br>      Plaintiffs,<br><br>v.<br><br>GOLD MINE BEVERAGE, LLC, CHRIS CHO, and HYOJOUNG CHO,<br><br>      Defendants. | CIVIL ACTION NO.<br>1:22-cv-01339-SDG |

## NOTICE OF FILING OF SETTLEMENT AGREEMENT

Defendants Gold Mine Beverage, LLC, Chris Cho, and Hyojoung Cho, by and through their undersigned counsel, hereby give notice of filing of the Settlement Agreements for each Plaintiff, attached collectively as Exhibit A, in this matter.

Respectfully submitted this 2nd day of September, 2022.

                                                  */s/ Benson E. Pope*
                                                Benson E. Pope
                                                Georgia Bar No. 583730

                                                **LITTLER MENDELSON, P.C.**
                                                3424 Peachtree Road NE, Suite 1200
                                                Atlanta, Georgia 30326.1127
                                                Telephone: 770.330.0330
                                                Facsimile:  770.233.2361
                                                Email:  bpope@littler.com
                                                ATTORNEY FOR DEFENDANTS

## CERTIFICATION

I do hereby certify that this document has been prepared in Times Roman font, 14 point, in compliance with LR 5.1(C) of this Court.

*/s/ Benson E. Pope*
Benson E. Pope
Georgia Bar No. 583730

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KYUNG BO KIM and YOUNG SUN KIM on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>GOLD MINE BEVERAGE, LLC, CHRIS CHO, and HYOJOUNG CHO,<br><br>    Defendants. | CIVIL ACTION NO.<br>1:22-cv-01339-SDG |

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of September, 2022, I electronically filed the foregoing **NOTICE OF FILING OF SETTLEMENT AGREEMENT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorney of record:

Brian G. Kim, Esq.
Brian Kim, P.C.
1815 Satellite Blvd. Suite 403
Duluth, GA  30097
brian@briankimpc.com


*/s/ Benson E. Pope*
Benson E. Pope
Georgia Bar No. 583730

-3-