IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KYUNG BO KIM and YOUNG SUN KIM on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOLD MINE BEVERAGE, LLC, CHRIS CHO, and HYOJOUNG CHO,<br><br>Defendants. | CIVIL ACTION NO.<br>1:22-cv-01339-SDG |

**JOINT MOTION TO APPROVE SETTLEMENT**

COME NOW Defendants Gold Mine Beverage, LLC, Chris Cho, and Hyojoung Cho, ("Defendants") and Plaintiffs Kyung Bo Kim and Young Sun Kim ("Plaintiffs") by and through their undersigned counsel, and jointly move that the Court approve the Parties' settlement in accordance with applicable law and dismiss this matter, with prejudice. In support of this Motion, the Parties submit the accompanying Memorandum of Law and incorporate it herein by reference.

WHEREFORE, the Parties respectfully request the Court grant this Motion and enter the Proposed Order: (1) approving the Parties' settlement; (2) dismissing

this action with prejudice; and (3) retaining jurisdiction over this case to enforce the Parties' Settlement Agreement.

Respectfully submitted this 2nd day of September, 2022.

| | |
|---|---|
| */s/ Brian G. Kim*\* | */s/ Benson E. Pope* |
| Brian G. Kim | Benson E. Pope |
| Georgia Bar No. 479330 | Georgia Bar No. 583730 |
| BRIAN KIM, P.C. | LITTLER MENDELSON, P.C. |
| 1815 Satellite Blvd., Suite 403 | 3424 Peachtree Road NE, Suite 1200 |
| Duluth, Georgia 30097 | Atlanta, Georgia 30326.1127 |
| Telephone: 678.878.4200 | Telephone: 770.330.0330 |
| Facsimile: 404.878.4208 | Facsimile: 770.233.2361 |
| Email: brian@briankimpc.com | Email: bpope@littler.com |
| | |
| \**With express permission* | ATTORNEY FOR DEFENDANTS |
| | |
| ATTORNEY FOR PLAINTIFFS | |

## **CERTIFICATION**

I do hereby certify that this document has been prepared in Times Roman font, 14 point, in compliance with LR 5.1(C) of this Court.

*/s/ Benson E. Pope*
Benson E. Pope
Georgia Bar No. 583730

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KYUNG BO KIM and YOUNG SUN KIM on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOLD MINE BEVERAGE, LLC, CHRIS CHO, and HYOJOUNG CHO,<br><br>Defendants. | CIVIL ACTION NO.<br>1:22-cv-01339-SDG |

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of September, 2022, I electronically filed the forgoing **JOINT MOTION TO APPROVE SETTLEMENT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorney of record:

Brian G. Kim, Esq.
Brian Kim, P.C.
1815 Satellite Blvd. Suite 403
Duluth, GA  30097
brian@briankimpc.com

*/s/ Benson E. Pope*
Benson E. Pope
Georgia Bar No. 583730

4