IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KYUNG BO KIM and YOUNG SUN KIM on behalf of themselves and others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>GOLD MINE BEVERAGE, LLC, CHRIS CHO, and HYOJOUNG CHO,<br><br>      Defendants. | CIVIL ACTION NO.<br>1:22-cv-01339-SDG |

## ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CASE WITH PREJUDICE

This case involves claims under the Fair Labor Standards Act ("FLSA"). *See* 29 U.S.C. § 207 and 216(b). This matter is before the Court upon the Joint Motion to Approve Settlement ("Joint Motion") of the Parties for the approval of their compromise and settlement of this action.

The Court acknowledges that this Order is a judicial approval of a reasonable compromise, not a finding, conclusion, or reflection of any admission of a violation of the FLSA, willful, intentional, or otherwise. The Court has reviewed the Parties' Joint Motion, the Memorandum filed in support thereof, and the Settlement

Agreement and General Release ("Settlement Agreement"). The Court is of the opinion that there are *bona fide* disputes over application of the relevant provisions of the FLSA. In light of these legitimate disputes, the Court is of the opinion that the Parties' Settlement Agreement reflects a fair and reasonable resolution of these *bona fide* disputes. Consequently, the Court ORDERS as follows:

1. The Court GRANTS the Parties' Joint Motion.

2. The Court APPROVES the form of the Settlement Agreement.

3. The Court APPROVES the monetary distribution as to each Plaintiff and Plaintiff's Counsel as described in the Settlement Agreements and ORDERS Defendants to make payments accordingly.

4. This case is hereby DISMISSED WITH PREJUDICE with each party to bear his, her, or its own expenses and attorneys' fees except to the extent provided in the Settlement Agreement.

5. The Court RETAINS JURISDICTION over this matter for the purposes of enforcing the terms of the Parties' Settlement Agreement.

DONE and ORDERED this 6th day of August, 2022.

_____
HONORABLE STEVEN D. GRIMBERG
UNITED STATES DISTRICT JUDGE